(Slip Opinion) Cite as: 591 U. S. \_\_\_\_ (2020) 1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 19–518

## COLORADO DEPARTMENT OF STATE, PETITIONER *v.* MICHEAL BACA, ET AL.

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

[July 6, 2020]

PER CURIAM.

The judgment of the United States Court of Appeals for the Tenth Circuit is reversed for the reasons stated in *Chiafalo* v. *Washington, ante,* p. \_\_\_.

*It is so ordered.*

JUSTICE SOTOMAYOR took no part in the decision of this case.

JUSTICE THOMAS concurs in the judgment for the reasons stated in his separate opinion in *Chiafalo* v. *Washington, ante,* p. \_\_\_.